UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. 2:25-cv-01275-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRIDENT SEAFOODS CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Consent Decree entered at Dkt. # 13 is WITHDRAWN.

(2)  The Clerk is DIRECTED to renote Dkt. # 12 for April 23, 2026.

(3)  The Clerk is DIRECTED to forward a copy of this Order to all counsel of record.

Dated this 3rd day of March 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1